## CITY OF PERU v. IRWIN ET AL.

[No. 21,433. Filed January 5, 1910.]

From Miami Circuit Court; *Joseph N. Tillett*, Judge.

Petition by David Irwin and others, against which the City of Peru remonstrates. From a judgment for petitioners, remonstrant appeals. *Affirmed.*

*Frank D. Butler, Charles A. Cole* and *Albert H. Cole*, for appellant.

*Robert J. Loveland, Ethan T. Reasoner* and *Albert Ward*, for appellees.

MYERS, J.—The questions arising and presented by the record in this cause are the same as those determined in the case of *City of Peru* v. *Cox* (1909), *ante*, 241, and on the authority of that case the judgment is affirmed.